## MOTION DOCKET

**91–316.** State, ex rel. Jeep Corp., v. Indus. Comm. *Franklin County,* No. 89AP–568. On request for oral argument. Request denied.

**91–1106.** Harrison v. Judge. *Summit County,* Nos. 14751 and 14756. On motion for leave to file reply to *amicus* brief instanter. Motion granted.
MOYER, C.J., HOLMES and RESNICK, JJ., dissent.

**91–1183.** Nease v. Associated Physicians of MCO, Inc. *Franklin County,* No. 90AP–377. On motion of the Attorney General to intervene as supplemental counsel. Motion denied; time for oral argument may be shared pursuant to Rule VII(5) of the Supreme Court Rules of Practice.
DOUGLAS and RESNICK, JJ., dissent.